No. 68755.—De Jur Amsco Corp. v. United States, protests 60/12411, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise in question does not, in fact, have a copper content of 4 percent or more by weight, the claim of the plaintiff was sustained.

No. 68756.—J. E. Bernard & Co., Inc. v. United States, protests 62/6534–13106, etc. (Chicago).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the oil seals in question are manufactured articles in chief value of synthetic rubber, having a carbon content of 25.4 percent, and that neither metal nor cotton is the component material of chief value, the claim of the plaintiff was sustained.